**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 10-04293MP-001-PCT-MEA |
| Plaintiff, | **ORDER** |
| vs. | |
| Drew Chischilly Cody, | |
| Defendant. | |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in Paragraph B of the Petition to Revoke Supervised Probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SIXTY (60) DAYS**, with credit for time served. The sentence shall run concurrently with case 11-04265MP-001-PCT-MEA.

IT IS FURTHER ORDERED that Paragraphs A, C, D and F of the petition are DISMISSED.

DATED this 17th day of October, 2011.

_____
Mark E. Aspey
United States Magistrate Judge